*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00699-CR

**IN RE** Eloy **LOPEZ, Jr.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   November 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2009, relator Eloy Lopez, Jr. filed a petition for writ of mandamus, seeking

to compel the trial court to rule on his *pro se* motion to set aside the indictment.

However, counsel has been appointed to represent relator in the criminal proceeding pending

in the trial court for which he is currently confined.[2]  A criminal defendant is not entitled to hybrid

representation.  *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v.

State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  A trial court has no legal duty to rule on a *pro*

---

[1] ▲  This proceeding arises out of Cause No. 2009-CR-9913, styled *State of Texas v. Eloy Lopez* in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini  presiding.

[2] ▲  Attorney George Preece was appointed on September 3, 2009 to represent relator in the criminal proceeding pending in the trial court.

*se* motion filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se* motion that relates directly to his confinement based on the criminal proceeding pending in the trial court. Accordingly, relator's petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH